UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-21998-CIV-MARTINEZ

STEVEN MITCHELL,

    Plaintiff,

vs.

KENDRICK NUNN,

    Defendant.
_____/

## ORDER ON REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on Plaintiff Steve Mitchell's Motion for Entry of Final Default Judgment by Default Against Defendant, Kendrick Nunn ("Motion"), (ECF No. 20). Judge Becerra filed a Report and Recommendation ("R&R"), recommending that the Motion be granted in part. (ECF No. 31). Plaintiff filed a Reply to the R&R, (ECF No. 32), which this Court construes as an objection. The Court, having conducted a *de novo* review of the record and the issues presented in Plaintiff's Reply, agrees with Magistrate Judge Becerra that the Motion should be granted in part. The Court overrules Plaintiff's objections, (ECF No. 32).

Accordingly, after careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 31), is **AFFIRMED AND ADOPTED**. Plaintiff's Motion, (ECF No. 20), is **GRANTED** as to liability and **DENIED WITHOUT PREJUDICE** as to damages and attorneys' fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of June, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Steve Mitchell, *pro se*
All Counsel of Record